## ULICES CORONA *v.* COMMISSIONER OF CORRECTION

The petitioner Ulices Corona's petition for certification for appeal from the Appellate Court, 123 Conn. App. 347 (AC 30425), is denied.

EVELEIGH, J., did not participate in the consideration of or decision on this petition.

*Justine F. Miller,* special public defender, in support of the petition.

*Toni M. Smith-Rosario*, senior assistant state's attorney, in opposition.

Decided October 27, 2010